# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RALPH HAUCK,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:22-1090 |
| v. | : | (JUDGE MANNION) |
| **COMM OF PA,** | : | |
| Respondent | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The filing fee having been paid (Doc. 8), the petition is **DEEMED** filed.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice. See R. Governing §2254 Cases R. 4.

3. The Clerk of Court is directed to **CLOSE** the above captioned action.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

5. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. 4) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: August 23, 2022
22-1090-01-ORDER